IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Tany Keo | : | Chapter 13 |
| | : | |
| | : | Case No. 19-10698mdc |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation at docket number 28.

Dated: September 5, 2019            /s/ Brad J. Sadek, Esquire
                                                Brad J. Sadek, Esquire
                                                Sadek and Cooper
                                                1315 Walnut Street, Suite 502
                                                Philadelphia, PA 19107
                                                215-545-0008