## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tany Keo<br>　　　　　　　　　Debtor(s) | Chapter 13 |
| MIDFIRST BANK<br>　　　　　v.<br>Tany Keo<br>　　　　　and<br>William C. Miller Esq.<br>　　　　　Trustee | NO. 19-10698 MDC |

### ORDER

AND NOW, this 24th day of February, 2020 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 81 Red Cedar Drive Levittown, PA 19055.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Tany Keo
81 Red Cedar Drive
Levittown, PA 19055

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532