United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-10698-mdc
Tany Keo  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Feb 26, 2021      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tany Keo, 81 Red Cedar Drive, Levittown, PA 19055-1437 |
| 14268410 | + | Account Resolution Services, Attn: Bankruptcy, PO Box 459079, Sunrise, FL 33345-9079 |
| 14289651 | | Emergency Care Services of PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14268414 | + | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14276485 | | JPMorgan Chase Bank, N.A., c/o Karina Velter, Esq., PO Box 165028, Columbus OH 43216-5028 |
| 14268415 | + | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14307824 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14296113 | + | Midfirst Bank, c/o Kevin G. McDonald, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14283799 | + | Midland Mortgage, Attn: Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14268419 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 27 2021 02:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2021 02:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 27 2021 02:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14268412 | + | Email/Text: bk.notifications@jpmchase.com | Feb 27 2021 02:15:00 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14268413 | + | Email/PDF: pa_dc_ed@navient.com | Feb 27 2021 01:54:55 | Dept of Ed / Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14283793 | + | Email/PDF: pa_dc_ed@navient.com | Feb 27 2021 01:56:45 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14295945 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 27 2021 01:54:53 | JPMorgan Chase Bank, N.A. National Bankruptcy, Department, P.O. Box 901032, Ft. Worth TX 76101-2032 |
| 14284614 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2021 01:54:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14268416 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2021 01:54:56 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14268417 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2021 02:15:00 | Midland Funding, 2365 Northside Dr, Ste 300, San Diego, CA 92108-2709 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14294169 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2021 02:15:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14331017 | + | Email/PDF: pa_dc_ed@navient.com | Feb 27 2021 01:54:55 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 4450, Portland OR 97208-4450 |
| 14330671 | | Email/PDF: pa_dc_claims@navient.com | Feb 27 2021 01:58:43 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14307119 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2021 01:58:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14268418 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2021 01:58:42 | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14283791 | *+ | Account Resolution Services, Attn: Bankruptcy, PO Box 459079, Sunrise, FL 33345-9079 |
| 14283792 | *+ | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14283794 | *+ | Dept of Ed / Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14283795 | *+ | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14283796 | *+ | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14283797 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14283798 | *+ | Midland Funding, 2365 Northside Dr, Ste 300, San Diego, CA 92108-2709 |
| 14283800 | *+ | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |
| 14283801 | * | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14268411 | ##+ | AmeriHome Mortgage, Attn: Bankruptcy, 21215 Burbank Blvd, 4th Floor, Woodland Hills, CA 91367-7091 |

TOTAL: 0 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Tany Keo brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| KARINA VELTER | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 26, 2021 | Form ID: pdf900 | Total Noticed: 25

| | |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
TANY KEO

Chapter 13

Debtor

Bankruptcy No. 19-10698-MDC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 25, 2021

_____  
Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
BRAD J. SADEK ESQ  
SADEK LAW OFFICE  
1315 WALNUT STREET #502  
PHILADELPHIA, PA 19107-

Debtor:  
TANY KEO

81 RED CEDAR DRIVE

LEVITTOWN, PA 19055